| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>CASELLAS, SALVADOR E | 2. Court or Organization<br><br>U.S.D.C. Puerto Rico | 3. Date of Report<br><br>4/22/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>CH-111 U.S. Courthouse<br>150 CHARDON AVE.<br>SAN JUAN, P. R. 00918-1761 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | ANGEL RAMOS FOUNDATION (NON-PROFIT INSTITUTION) |
| 2. | | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Fiddler, Gonzalez & Rodriguez Pension Plan -Former Law Firm (No Control) |

RECEIVED Apr 30 9 42 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | THE BANKERS CLUB OF P.R. | HONORARY MEMBERSHIP | $750 |
| 2. | CAPARRA COUNTRY CLUB | HONORARY MEMBERSHIP | $750 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Accrued Pension Benefit | G | Distribution | N | U | | | | | |
| 2. Account at Banco Santander | A | Interest | J | T | | | | | |
| 3. Account at Citibank, N.A. | C | Interest | L | T | | | | | |
| 4. Tax Free Fund-PaineWebber | A | Interest | J | T | | | | | |
| 5. Municipal Money Fund at Smith Barney | A | Interest | J | T | | | | | |
| 6. Tax Exempt Fund at Santander Securities | A | Interest | K | T | | | | | |
| 7. IRA Accts - (Deposits) Banco Popular de P.R. | C | Interest | K | T | | | | | |
| 8. Cash Value Insurance Policies Travelers & Equitable | D | Interest | N | T | | | | | |
| 9. 2 Units Martineau Bay S.E. Partnership | | None | - J | W | Redemption | 12/31 | J | A | Martineau Partnership |
| 10. 4 Units Hotel Dorado, S. E. | | None | J | W | | | | | |
| 11. Annuity - PRAICO Life Ins. Co. | D | Interest | N | T | | | | | |
| 12. U.S. Savings Bonds | B | Interest | L | T | | | | | |
| 13. GNMA Serial Bonds | D | Interest | M | T | Redemption | 5/15 | K | A | Santander Securities |
| 14. | | | | | Redemption | 9/15 | K | A | Santander Securities |
| 15. CMO Lehman Bros. | D | Interest | K | T | | | | | |
| 16. CMO Citibank | D | Interest | K | T | | | | | |
| 17. Mortgage Trust Bonds | D | Interest | K | T | | | | | |
| 18. P.R. Government Bonds | D | Interest | M | T | Bought | 12/31 | L | | UBS PaineWebber |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less
   B = $1,001-$2,500
   C = $2,501-$5,000
   D = $5,001-$15,000
   E = $15,001-$50,000
   F = $50,001-$100,000
   G = $100,001-$1,000,000
   H1 = $1,000,001-$5,000,000
   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less
   K = $15,001-$50,000
   L = $50,001-$100,000
   M = $100,001-$250,000
   N = $250,000-$500,000
   O = $500,001-$1,000,000
   P1 = $1,000,001-$5,000,000
   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000
   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal
   R = Cost (Real Estate Only)
   S = Assessment
   T = Cash/Market
   U = Book Value
   V = Other
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 4/22/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AFICA Bonds (P.R. Financial Authority) | F | Interest | P1 | T | Bought | 6/03 | K | | Santander Securities |
| 20. | | | | | Bought | 9/23 | L | | Santander Securities |
| 21. | | | | | Bought | 9/26 | K | | Santander Securities |
| 22. | | | | | Redemption | 1/02 | J | A | Santander Securities |
| 23. | | | | | Redemption | 2/26 | L | A | Santander Securities |
| 24. | | | | | Redemption | 2/03 | J | A | Santander Securities |
| 25. | | | | | Redemption | 3/03 | J | A | Santander Securities |
| 26. | | | | | Redemption | 6/18 | J | A | Santander Securities |
| 27. | | | | | Redemption | 7/01 | J | A | Santander Securities |
| 28. | | | | | Redemption | 9/02 | J | A | Santander Securities |
| 29. | | | | | Redemption | 8/06 | K | A | Santander Securities |
| 30. | | | | | Redemption | 12/01 | K | A | Santander Securities |
| 31. | | | | | Redemption | 12/15 | J | A | Santander Securities |
| 32. | | | | | Redemption | 5/16 | M | A | UBS PaineWebber |
| 33. | | | | | Redemption | 07/31 | K | A | UBS PaineWebber |
| 34. | | | | | Redemption | 08/08 | K | A | UBS PaineWebber |
| 35. | | | | | Redemption | 12/20 | L | A | UBS PaineWebber |
| 36. | | | | | Bought | 05/08 | N | | UBS PaineWebber |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | Date of Report |
|---|---|---|---|
| | Name of Person Reporting | | |
| | CASELLAS, SALVADOR E | | 4/22/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Bought | 05/13 | N | | UBS PaineWebber |
| 38. | | | | | Bought | 10/31 | M | | UBS PaineWebber |
| 39. | | | | | Bought | 12/31 | L | | UBS PaineWebber |
| 40. P.R. Public Bldg. Authority | B | Interest | K | T | | | | | |
| 41. P.R. Public Finance Co. Bonds | F | Interest | P1 | T | Bought | 8/15 | M | | Santander Securities |
| 42. | | | | | Bought | 7/07 | M | | Santander Securities |
| 43. | | | | | Bought | 7/10 | L | | UBS PaineWebber |
| 44. P.R. Highway Bonds | D | Interest | N | T | Bought | 12/08 | K | | Santander Securities |
| 45. | | | | | Redemption | 07/01 | M | A | Santander Securities |
| 46. P.R. Tax Free Fund Notes | C | Interest | L | T | Bought | 5/28 | K | | Smith Barney |
| 47. P.R. Housing Bk. & Fin. Agency | C | Interest | L | T | Redemption | 07/01 | K | A | Santander Securities |
| 48. | | | | | Redemption | 01/02 | K | A | UBS PaineWebber |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                      Date _____ 22 APR 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544